**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE:                                          )
                                                )
 Evergreen Mortgage Notes, Llc,                 )          CASE # 6:20-bk-07071-LVV
                                                )          CHAPTER 7
        Debtor.                                 )
                                                )

## NOTICE OF UNAVAILABILITY

COMES NOW the Richard Blackstone Webber II, Subchapter V Trustee, and files this

Notice of Unavailability as he will be out of town on vacation from June 1, 2021 through June 11,

2021.   The undersigned respectfully requests that no trials, hearings, depositions or other matters

be scheduled during this time.

The filing and service of this Notice shall constitute an application and request for

continuance, extension of time and/or protective order as appropriately required for the above

reasons.

## CERTIFICATE OF SERVICE

I certify that on April 20, 2021 a true and correct copy of the foregoing Notice was provided
by electronic transfer or regular US mail, postage prepaid to: United States Trustee, 400 West
Washington Street, Suite 1100, Orlando, Florida 32801;  Evergreen Mortgage Notes, Llc, 1476
Olympic Club Blvd., Davenport, FL 33896; Andrew S Ballentine, De Beaubien, Simmons, Knight,
Et. Al., 332 North Magnolia Street, Orlando, FL 32801.

 /s/ Richard Blackstone Webber II
Richard Blackstone Webber II
PO Box 3000
Orlando, FL 32802
(407)425-7010
e-mail: rwebber@zkslawfirm.com