ORDERED.

Dated:  March 20, 2022

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:  																		Case No.: 6:20-bk-07071-LVV
																				Chapter 11

Evergreen Mortgage Notes, LLC.

     Debtor.
_____/

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NUMBER 4 SUBMITTED BY SAGE ENVIRONMENT GROUP, LLC**

THIS CASE came before the Court on March 10, 2022, for consideration of Debtor, EVERGREEN MORTGAGE NOTES, LLC's ("Debtor"), Objection to Claim Number 4 Submitted by Sage Environment Group, LLC (the "Creditor"), [ECF No. 186] (the "Claim Objection").  On February 1, 2022, the Court held a preliminary hearing on Debtor's Motion for Sanctions Pursuant to 11 U.S.C. § 362 and Objection to Claim Number 4 of Sage Environment Group, LLC, [ECF No. 136], and directed Debtor to separately file the Claim Objection.  The Court has considered the Claim Objection and finds that: (1) the Claim Objection was served on all interested parties pursuant to its direction at the February 1, 2022, hearing; (2) a Notice of

Hearing on the Claim Objection, [ECF No. 190], was timely filed and provided all interested parties with notice; (3) neither an interested party or the Creditor filed an objection to Debtor's Claim Objection; and (4) the Claim Objection is, therefore, unopposed. Accordingly, it is

**ORDERED** that:

1. Debtor's Objection to Claim Number 4, [ECF No. 186], is SUSTAINED.

2. Claim Number 4 is disallowed.

Attorney Ballentine is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.